IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C 06-3046-DEO |
| Plaintiff, | |
| vs. | DEFAULT ENTRY AND ENTRY OF JUDGMENT BY DEFAULT |
| BRIAN T. FEVOLD, | |
| Defendant. | |

On this 21st day of September, 2006, it appearing from the record and Declaration filed herein that the Defendant, Brian T. Fevold, Social Security Number ********6077, is in default.

IT IS ORDERED AND ADJUDGED that the default of said Defendant be, and accordingly is entered; and

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff United States of America, recover of Brian Fevold, the Defendant, as follows:

Principal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,245.89

Interest through May 17, 2006 . . . . . . . . . . . . . . $12,039.20

    TOTAL . . . . . . . . . . . . . . . . . . . . . . . . $22,285.09

plus interest accruing after May 17, 2006, at the rate of 8% until the date of judgment herein, together with interest at the legal rate thereafter compounding annually until paid in full, and the costs of this action in the sum of $350, plus accruing costs, and judgment thereof is hereby accordingly entered.

DATED September 21, 2006

PRIDGEN J. WATKINS

By: /s/ des, Deputy Clerk

United States District Court
Northern District of Iowa

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

copy to defaulted defendant
by: /s/ des    9/21/06